**Muhammad Abd Saleem EURY, Plaintiff–Appellant,**

v.

**Mr. KEELIN, Assistant Warden; Mr. Gibbs; Lieutenant Ross; Sergeant Bernardo; Sergeant Shafer, Defendants–Appellees,**

and

**John Taylor, Warden; Mr. Morehead, Defendants.**

No. 00–7710.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Muhammad Abd Saleem Eury, pro se.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Muhammad Abd Saleem Eury appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion

and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Eury v. Keelin,* No. CA–00–415–2 (E.D.Va. Nov. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*